**George DAVIS, Plaintiff-Appellant,**

v.

**WINTERS INDEPENDENT SCHOOL DISTRICT, etc., et al., Defendants-Appellees.**

No. 73-2735.

United States Court of Appeals, Fifth Circuit.

May 24, 1974.

Larry Watts, Houston, Tex., for plaintiff-appellant.

Donald W. Griffis, San Angelo, Tex., for defendants-appellees.

Before GEWIN, THORNBERRY and SIMPSON, Circuit Judges.

PER CURIAM.

After giving full consideration to oral argument of counsel, the briefs, trial record and the opinion and findings of the district court, 359 F.Supp. 1065, we see no valid basis for reversal under the facts disclosed by the record in this case.

Judgment of the district court is affirmed.

**Sandra Lee BECKER, etc., et al., Plaintiffs,**

**Richard Guy Steffel, Plaintiff-Appellant,**

v.

**John R. THOMPSON, etc., et al., Defendants-Appellees.**

No. 71-1856.

United States Court of Appeals, Fifth Circuit.

May 28, 1974.

Howard Moore, Jr., Peter E. Rindskopf, William H. Traylor, Emory University School of Law, John R. Myer, Atlanta, Ga., for plaintiff-appellant.

Robert E. Mozley, George P. Dillard, Decatur, Ga., Dock H. Davis, Atlanta, Ga., for defendants-appellees.

Before TUTTLE, GEWIN and DYER, Circuit Judges.

PER CURIAM:

In accordance with the mandate of the Supreme Court of the United States, 94 S.Ct. 1209, 39 L.Ed.2d 505, which reversed 5 Cir., 459 F.2d 919, 463 F.2d 1338, the judgment of the district court, 334 F.Supp. 1386, is reversed and the cause is remanded for further proceedings in conformity with the opinion of the Supreme Court.